UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN C. SAYRE, | CV 12-08509-VBF |
| Petitioner-Defendant, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent-Plaintiff. | |

In accordance with this Court's Minute Order issued today (denying petitioner's 28 U.S.C. § 2255 motion for habeas corpus relief), final judgment is hereby entered in favor of respondent-plaintiff United States of America and against petitioner-defendant Stephen C. Sayre.

IT IS SO ORDERED.

DATED: April 30, 2013

_____
Valerie Baker Fairbank
UNITED STATES DISTRICT JUDGE